IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAMERON MUTUAL
INSURANCE COMPANY                                                                PLAINTIFF

v.                                    Civil No. 4:15-cv-04081

STEVE JOHNSON, et al                                                            DEFENDANTS

## ORDER

**BEFORE** the Court is Plaintiff's Motion to Compel.  ECF No. 15.  With this Motion, Plaintiff seeks full and complete discovery answers from each Defendant.  The Defendants have responded to this Motion.  ECF No. 19.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Susan O. Hickey referred this Motion to the undersigned for decision.  The Court having reviewed the pleadings and based upon statements from counsel finds Plaintiff's Motion to Compel (ECF No. 15), should be **DENIED AS MOOT.**

According to counsel in this matter, following the filing of this Motion, Defendants provided supplemented discovery answers.  Further, the parties also entered into an Agreed Protective Order.  ECF No. 22.  Based upon this, Plaintiff no longer desires to pursue this Motion.

Accordingly, Plaintiff's Motion to Compel (ECF No. 15) is **DENIED AS MOOT.**

**IT IS SO ORDERED** this **20th day of September 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE