IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAMERON MUT. INS. CO.                                                                                      PLAINTIFF

v.                                         Case No. 4:15-cv-4081

STEVEN JOHNSON, et al.                                                                                  DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment (ECF No. 27) filed on behalf of Cameron Mutual Insurance Company ("Cameron). Defendants[1] have filed a response. (ECF No. 35). Cameron has filed a reply. (ECF No. 38). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Cameron's Motion for Summary Judgment (ECF No. 27) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 18th day of January, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Defendants are Vanessa Griffin, Marcus Griffin, Brooklyn Howard, Alsandria Reid, Alphonso Reid, Angela Ondrisek, Nicholas Broderick, Matthew Broderick, Marissa Broderick, Shaina Broderick, Nathan Griffin, Alexis Broderick, and Sheldon Griffis. Separate Defendant Steven Johnson has not filed a response to the Motion for Summary Judgment and the time do so has passed.